Form B5 (Official Form 5) - (Rev. 12/07)    2007 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

**Involuntary Petition**

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by the debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| China America Cooperative Automotive, Inc. | |

| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all.): Unknown | |
|---|---|
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) 14 Walsh Street, Ste 102 Parsippany, NJ | MAILING ADDRESS OF DEBTOR (If different from street address) China America Cooperative Automotice Inc. Attn: Hon Gerald C. Escada, PJ Ch (Ret) Fiscal Agent, Herten Burstein, et al 21 Main St. Hackensack, NJ & SEE ATTACHED |
| County of Residence or Principal Place of Business: Morris | ZIP CODE 07054 |
| | ZIP CODE 07601 |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

[X] Chapter 7     [ ] Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Name of Debts (Check one box.) | Type of Debtor (Form of Organization) | Nature of Business (Check one box.) |
|---|---|---|
| Petitioners believe: [ ] Debts are primarily consumer debts [X] Debts are primarily business debts | [ ] Individual (Includes Joint Debtor) [X] Corporation (Includes LLC and LLP) [ ] Partnership [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.) | [ ] Health Care Business [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B) [ ] Railroad [ ] Stockbroker [ ] Commodity Broker [ ] Clearing Bank [X] Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| [ ] Debtor has been domiciled or has had a residence, principal place of business or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. [X] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this District. | [X] Full Filing Fee attached [ ] Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. [If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.] |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor ZXNA | Case Number 8:08-13065 TA | Date 3 June 2008 |
|---|---|---|
| Relationship ZX is Subsidiary of Chamco | District Central, CA | Judge Hon. T. Albert |

### ALLEGATIONS (Check applicable boxes)

1. [X] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. [X] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. [ ] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. [X] Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**THIS SPACE FOR COURT USE ONLY**

FILED
JUL -7 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                Deputy Clerk

8:08-bk-13876-TA

CCD-B5

ADDITIONAL ADDRESS FOR DEBTOR

<u>Attorneys for Gerald C. Escada</u>
c/o John P. Di Iorio
Shapiro & Croland
411 Hackensack Ave.
Hackensack, NJ 07601

Form B5 (Official Form 5) - Page 2  (Rev. 12/07)                                                    2007 USBC, Central District of California

| **Involuntary Petition** | Name of Debtor<br>China America Cooperative |
|---|---|

### TRANSFER OF CLAIM

[ ] Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _See attached_
Signature of Petitioner or Representative (State Title)

Rodger Cornish                  7/3/08
Name of Petitioner              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _(signature)_ (SBN 116450)            7/3/08
Signature of Attorney                    Date
R. GIBSON PAGTER, JR.
PAGTER AND MILLER
Name of Attorney Firm (If any)
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Address
(714) 541-6072 x 221
Telephone No.

---

X _See attached_
Signature of Petitioner or Representative (State Title)

Axel Catton                     7/3/08
Name of Petitioner              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _(signature)_                          7/3/08
Signature of Attorney                    Date
R. GIBSON PAGTER, JR.
PAGTER AND MILLER
Name of Attorney Firm (If any)
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Address
(714) 541-6072 x 221
Telephone No.

---

X _/s/ Page to be provided_
Signature of Petitioner or Representative (State Title)

Ozair Niazi                     7/3/08
Name of Petitioner              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _(signature)_                          7/3/08
Signature of Attorney                    Date
R. GIBSON PAGTER, JR.
PAGTER AND MILLER
Name of Attorney Firm (If any)
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Address
(714) 541-6072 x221
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Rodger Cornish<br>c/o R. Gibson Pagter, Jr. | Services | $25,000.00 |
| Axel Catton<br>c/o R. Gibson Pagter, Jr. | Services | $5,800.00 |
| Ozair Niazi<br>c/o R. Gibson Pagter, Jr. | Services | $24,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ Continuation Sheets attached

| Form B5 (Official Form 5) - Page 2 (Rev. 12/07) | 2007 USBC, Central District of California |
|---|---|
| **Involuntary Petition** | Name of Debtor<br>China America Cooperative |

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____
Signature of Petitioner or Representative (State Title)
Rodger Cornish                    7/3/08
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____ 7/3/08
Signature of Attorney              Date
R. GIBSON PAGTER, JR.
PAGTER AND MILLER
Name of Attorney Firm (If any)
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Address
(714) 541-6072 x 221
Telephone No.

X /s/ Axel Catton
Signature of Petitioner or Representative (State Title)
Axel Catton                       7/3/08
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
22 ACKERMAN STREET
WALDWICK, NJ 07463

X _____ 7/3/08
Signature of Attorney              Date
R. GIBSON PAGTER, JR.
PAGTER AND MILLER
Name of Attorney Firm (If any)
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Address
(714) 541-6072 x 221
Telephone No.

X _____
Signature of Petitioner or Representative (State Title)
Ozair Niazi                       7/3/08
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____ 7/3/08
Signature of Attorney              Date
R. GIBSON PAGTER, JR.
PAGTER AND MILLER
Name of Attorney Firm (If any)
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Address
(714) 541-6072 x221
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Rodger Cornish<br>c/o R. Gibson Pagter, Jr. | Services | $25,000.00 |
| Axel Catton<br>c/o R. Gibson Pagter, Jr. | Services | $5,800.00 |
| Ozair Niazi<br>c/o R. Gibson Pagter, Jr. | Services | $24,000.00 |
| Note: If there are more petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ Continuation Sheets attached

Form B5 (Official Form 5) - Page 2 (Rev. 12/07)                                    2007 USBC, Central District of California

| Involuntary Petition | Name of Debtor<br>China America Cooperative |
|---|---|

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ Rodger L. Cornish
Signature of Petitioner or Representative (State Title)

Rodger Cornish                          7/3/08
Name of Petitioner                      Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

x _____      7/3/08
Signature of Attorney                   Date
R. GIBSON PAGTER, JR.
PAGTER AND MILLER
Name of Attorney Firm (if any)
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Address
(714) 541-6072 x 221
Telephone No.

---

x _____
Signature of Petitioner or Representative (State Title)

Alex Canton                             7/3/08
Name of Petitioner                      Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

x _____      7/3/08
Signature of Attorney                   Date
R. GIBSON PAGTER, JR.
PAGTER AND MILLER
Name of Attorney Firm (if any)
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Address
(714) 541-6072 x 221
Telephone No.

---

x _____
Signature of Petitioner or Representative (State Title)

Ozair Niazi                             7/3/08
Name of Petitioner                      Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

x _____      7/3/08
Signature of Attorney                   Date
R. GIBSON PAGTER, JR.
PAGTER AND MILLER
Name of Attorney Firm (if any)
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Address
(714) 541-6072 x221
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Rodger Cornish<br>c/o R. Gibson Pagter, Jr. | Services | $25,000.00 |
| Alex Canton<br>c/o R. Gibson Pagter, Jr. | Services | ~~$50,000.00~~ |
| Ozair Niazi<br>c/o R. Gibson Pagter, Jr. | Services | $24,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ Continuation Sheets attached

Form 5 (Official Form 5) - Page 2 (Rev. 12/07)                                                2007 USBC, Central District of California

**Involuntary Petition**

Name of Debtor: China America Cooperative

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____
Signature of Petitioner or Representative (State Title)
Rodger Cornish                    7/3/08
Name of Petitioner               Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____    7/3/08
Signature of Attorney               Date
R. GIBSON PAGTER, JR.
PAGTER AND MILLER
Name of Attorney Firm (If any)
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Address
(714) 541-6072 x 221
Telephone No.

X _____
Signature of Petitioner or Representative (State Title)
Alex Canton                       7/3/08
Name of Petitioner               Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____    7/3/08
Signature of Attorney               Date
R. GIBSON PAGTER, JR.
PAGTER AND MILLER
Name of Attorney Firm (If any)
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Address
(714) 541-6072 x 221
Telephone No.

X _____
Signature of Petitioner or Representative (State Title)
Ozair Niazi                       7/3/08
Name of Petitioner               Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
P.O. Box 301
Boonton NJ 07005

X _____    7-7-08 / 7/3/08
Signature of Attorney               Date
R. GIBSON PAGTER, JR.
PAGTER AND MILLER
Name of Attorney Firm (If any)
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Address
(714) 541-6072 x221
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Rodger Cornish c/o R. Gibson Pagter, Jr. | Services | $25,000.00 |
| Alex Canton c/o R. Gibson Pagter, Jr. | Services | $5,000.00 (struck out) $1,800 |
| Ozair Niazi c/o R. Gibson Pagter, Jr. | Services | $24,000.00 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ Continuation Sheets attached