1 | **WEILAND, GOLDEN,**
**SMILEY, WANG EKVALL & STROK, LLP**
2 | Jeffrey I. Golden, State Bar No. 133040
Hutchison B. Meltzer, State Bar No. 217166
3 | 650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
4 | Telephone: (714) 966-1000
Facsimile: (714) 966-1002
5 |
Attorneys for Alex Miskov, Alexander Keeler,
6 | Jack Pitluk, Leonora McClure, Mario Ferla,
Martin Karo, Michael Ross, Rick Kalika,
7 | Sandy Keeler, Stewart Kluss

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA,

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>CHINA AMERICA COOPERATIVE<br>AUTOMOTIVE, INC.,<br><br>Alleged Debtor. | Case No.: 8-08-bk-13876 TA<br><br>Chapter 7 Case<br><br>**JOINDERS TO INVOLUNTARY PETITION FILED AGAINST CHINA AMERICA COOPERATIVE AUTOMOBILE, INC. PURSUANT TO BANKRUPTCY CODE §303**<br><br>[No Hearing Required] |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE:**

The following joinders are submitted pursuant to Bankruptcy Code §303 in support of the involuntary petition filed by Rodger Cornish, Axel Catton & Ozair Niazi. All such joinders are filed in support of the above referenced bankruptcy.

259695                                             1                                     JOINDER

| | | | |
|---|---|---|---|
| 1. Albert Meneses | [Exhibit "1"] | 7. Martin Karo | [Exhibit "7"] |
| 2. Alex Miskov | [Exhibit "2"] | 8. Michael Ross | [Exhibit "8"] |
| 3. Alexander Keeler | [Exhibit "3"] | 9. Rick Kalika | [Exhibit "9"] |
| 4. Jack Pitluk | [Exhibit "4"] | 10. Sandy Keeler | [Exhibit "10"] |
| 5. Leonora McClure | [Exhibit "5"] | 11. Stewart Kluss | [Exhibit "11"] |
| 6. Mario Ferla | [Exhibit "6"] | 12. William Larkin | [Exhibit "12"] |

DATED: July __, 2008

WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP

By: _____
Jeffrey I. Golden, Esq.
Attorneys for Alex Miskov, Alexander
Keeler, Jack Pitluk, Leonora McClure,
Mario Ferla, Martin Karo, Michael
Ross, Rick Kalika,
Sandy Keeler, Stewart Kluss

## JOINDER IN INVOLUNTARY PETITION OF
## CHINA AMERICA COOPERATIVE AUTOMOBILE, INC.

Creditor, Albert Meneses, holder of a general unsecured non contingent claim, hereby joins the involuntary chapter 7 case filed on July 7, 2008, by petitioning creditors, Rodger Cornish, Axel Catton and Ozair Niazi.

Dated: July 10, 2008

_____
Albert Meneses

258664v1                                                                                      1                                                               JOINDER

EXHIBIT 1   PAGE 3



### JOINDER IN INVOLUNTARY PETITION OF
### CHINA AMERICA COOPERATIVE AUTOMOTIVE, INC

Creditor, Alex Miskov, holder of a general unsecured non contingent claim, hereby joins the Involuntary chapter 7 case filed on July 7, 2008, by petitioning creditors, Rodger Cornish, Axel Catton and Ozair Niazi.

Dated: July 8, 2008

Alex Miskov

258852v1                                  1                                  JOINDER

EXHIBIT 2 PAGE 4

## JOINDER IN INVOLUNTARY PETITION OF
## CHINA AMERICA COOPERATIVE AUTOMOBILE, INC.

Creditor, Alexander Keeler, holder of a general unsecured non contingent claim, hereby joins the involuntary chapter 7 case filed on July 7, 2008, by petitioning creditors, Rodger Cornish, Axel Catton and Ozair Niazi.

Dated: 7/7/08

_____
Alexander Keeler

## JOINDER IN INVOLUNTARY PETITION OF
## CHINA AMERICA COOPERATIVE AUTOMOBILE, INC.

Creditor, Jack Pitluk, holder of a general unsecured non contingent claim, hereby joins the involuntary chapter 7 case filed on July 7, 2008, by petitioning creditors, Rodger Cornish, Axel Catton and Ozair Niazi.

Dated: July 8, 2008

_____
Jack Pitluk

1
2
3
4
5
6
### JOINDER IN INVOLUNTARY PETITION OF
### CHINA AMERICA COOPERATIVE AUTOMOBILE, INC.
7
8  Creditor, Leonora McClure, holder of a general unsecured non contingent claim,
9  hereby joins the involuntary chapter 7 case filed on July 7, 2008, by petitioning creditors,
10  Rodger Cornish, Axel Catton and Ozair Niazi.
11
12
13  Dated: 7-9-08

*Leonora McClure*
Leonora McClure

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

258821v1                                      -1-                                      JOINDER

EXHIBIT 5  PAGE 1

## JOINDER IN INVOLUNTARY PETITION OF
## CHINA AMERICA COOPERATIVE AUTOMOTIVE, INC

Creditor, Mario R. Ferla, holder of a general unsecured non contingent claim, hereby joins the involuntary chapter 7 case filed on July 7, 2008, by petitioning creditors, Rodger Cornish, Axel Catton and Ozair Niazi.

Dated: July 8, 2008

_____
Mario R. Ferla

## JOINDER IN INVOLUNTARY PETITION OF
## CHINA AMERICA COOPERATIVE AUTOMOBILE, INC.

Creditor, Martin H. Karo, holder of a general unsecured non contingent claim, hereby joins the involuntary chapter 7 case filed on July 7, 2008, by petitioning creditors, Rodger Cornish, Axel Catton and Ozair Niazi.

Dated: 7/8/08

_____
Martin H. Karo

## JOINDER IN INVOLUNTARY PETITION OF
## CHINA AMERICA COOPERATIVE AUTOMOBILE, INC.

Creditor, Michael Ross, holder of a general unsecured non contingent claim, hereby joins the involuntary chapter 7 case filed on July 7, 2008, by petitioning creditors, Rodger Cornish, Axel Catton and Ozair Niazi.

Dated: 7/8/2008

Michael Ross

258682v1                                1                                JOINDER

EXHIBIT  B    PAGE  10



## JOINDER IN INVOLUNTARY PETITION OF
## CHINA AMERICA COOPERATIVE AUTOMOBILE, INC.

Creditor, Rick Kalika, holder of a general unsecured non contingent claim, hereby joins the involuntary chapter 7 case filed on July 7, 2008, by petitioning creditors, Rodger Cornish, Axel Catton and Ozair Niazi.

Dated: July 8th, 2008

_____
Rick Kalika

## JOINDER IN INVOLUNTARY PETITION OF
## CHINA AMERICA COOPERATIVE AUTOMOBILE, INC.

Creditor, Sandy Keeler, holder of a general unsecured non contingent claim, hereby joins the involuntary chapter 7 case filed on July 7, 2008, by petitioning creditors, Rodger Cornish, Axel Catton and Ozair Niazi.

Dated: 7/7/08

_____
Sandy Keeler

## JOINDER IN INVOLUNTARY PETITION OF
## CHINA AMERICA COOPERATIVE AUTOMOBILE, INC.

Creditor, Steward Kluss, holder of a general unsecured non contingent claim, hereby joins the involuntary chapter 7 case filed on July 7, 2008, by petitioning creditors, Rodger Cornish, Axel Catton and Ozair Niazi.

Dated: 7/8/08

_____
Steward Kluss

258664v1                    1                    JOINDER

EXHIBIT 11   PAGE 13

## JOINDER IN INVOLUNTARY PETITION OF
## CHINA AMERICA COOPERATIVE AUTOMOBILE, INC.

Creditor, William Larkin, holder of a general unsecured non contingent claim, hereby joins the involuntary chapter 7 case filed on July 7, 2008, by petitioning creditors, Rodger Cornish, Axel Catton and Ozair Niazi.

Dated: 07/11/08

_____
William Larkin

## PROOF OF SERVICE

STATE OF CALIFORNIA,

COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 650 Town Center Drive, Suite 950, Costa Mesa, California 92626.

On July 18, 2008, I served the foregoing document described as **JOINDERS TO INVOLUNTARY PETITION FILED AGAINST CHINA AMERICA COOOPERATIVE AUTOMOBILE, INC. PURSUANT TO BANKRUPTCY CODE 303** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

[✓]    BY MAIL

  [ ]    I deposited such envelope in the mail at Costa Mesa, California. The envelope was mailed with postage thereon fully prepaid.

  [✓]    I deposited such envelope with the firm for collection and processing. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on July 18, 2008, at Costa Mesa, California.

[ ]    (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[✓]    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under the penalty of perjury under the laws of the United States of America that the above is true and correct.

_Kelly M. Rivera_                                 _Kelly McDiver_ (signature)
Type or print name                                Signature

In re China America
Cooperative Automotive

## SERVICE LIST

**Office of the U.S. Trustee**
411 W. 4th Street, Suite 9041
Santa Ana, CA 92701
Fax: (714) 338-3421

R Gibson Pagter
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
**Attorneys for Petitioning Creditors**

Peter W. Liandes
660Newport Center Drive, 4th Floor
Newport Beach, CA 92660
**Attorneys for China America**
**Cooperative Automotive, Inc.**

Joseph La Sala
McElroy, Deutsch, Mulvaney,
& Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962
Jlasala@mdmc-law.com
**Attorneys for China America Cooperative**
**Automotive, ZX Auto NA, Inc. ZX**
**Auto North American Distribution Company**

Michael Shapanka, Esq.
150 West End Avenue
Somerville, NJ 08776
Email: mbshapanka@verizon.net
**Attorneys for Defendants, 1st Capital Corporation,**
**Daspin & Co. Merchant Bank Holding Co.,**
**Joan Daspin & Ronald Stella**

Gerald C. Escala, Esq.
Herten, Burstein, Sheridan,
Cevasco, Bottinelli, Litt & Harz, LLC
21 Main Street, Suite 353
Court Plaza South- West Wing
Hackensack, NJ 07601-7095
Email: Gescala@hertenburstein.com
**Temporary Fiscal Agent**

Brian McMahon
Gibbons PC
One Gateway Center
Newark, NJ 07102-5310
Email: Bmcmahon@gibbonslaw.com
**Attorneys for Thomason Auto Group, LLC**

Robert Opera, Esq.
Winthrop Couchot
660 Newport Center, 4th Floor
Newport Beach, CA  92660
Email: Ropera@winthropcouchot.com
**Local Bankruptcy Counsel to the
Temporary Fiscal Agent**

Edward Michael Daspin
4 Pineview Lane
Boonton, NJ 07005
Email: Suedixon@capcorpinc.com

John P. Di lorio, Esq.
Shapiro & Croland
411 Hackensack Avenue
Hackensack, NJ 07601
Email: **Jdilorio@shapiro-Croland.com**